IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS RUSSELL MILLER,
Reg. #12836-064                                                           PETITIONER

v.                           No. 2:15-cv-38-DPM

C. V. RIVERA, Warden, FCI-Forrest City                    RESPONDENT

ORDER

1. Miller hasn't objected to the recommendation because he hasn't received it. His copy was returned as undeliverable; and he hasn't updated his address with the Clerk. № 11.

2. The Court adopts the unopposed recommendation, № 10. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Miller's petition will be dismissed with prejudice. No certificate of appealability will issue.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

22 March 2016