IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS RUSSELL MILLER,
Reg. #12836-064                                                           PETITIONER

v.                          No. 2:15-cv-38-DPM

C. V. RIVERA, Warden, FCI-Forrest City                    RESPONDENT

JUDGMENT

Miller's petition is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

22 March 2016